MALKA ZINN, Individually and as Guardian ad Litem, etc., Respondent, v.
METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Application denied, with
ten dollars costs. Order signed. Present — Clarke, P. J., Merrell, Finch, McAvoy
and Martin, JJ.

BALBINA HORAK, Respondent, v. MORRIS GELD and Others, Appellants.—
Application granted. Order signed. Present — Clarke, P. J., Merrell, Finch,
McAvoy and Martin, JJ.

GREGORY WAKULAW, Appellant, v. THE STATE BANK, Respondent.— Application
granted. Order signed. Present — Clarke, P. J., Merrell, Finch, McAvoy and
Martin, JJ.

In the Matter of TOWNSEND PINKNEY, etc.— Motion granted. Present —
Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of JAMES W. PHYFE, Deceased.— Decree affirmed, with costs
to the respondents against the appellant. No opinion. Present — Clarke, P. J.,
Dowling, Finch, Martin and Burr, JJ.

THE GENERAL THEOLOGICAL SEMINARY OF THE PROTESTANT EPISCOPAL CHURCH
IN THE UNITED STATES, Respondent, v. THE CITY OF NEW YORK, Appellant.—
Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling,
Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE DIAZ, Appellant.
— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch,
Martin and Burr, JJ.

EDWARD B. MUNS, Appellant, v. PENNSYLVANIA MILK PRODUCTS COMPANY,
Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke,
P. J., Dowling, Finch, Martin and Burr, JJ.

ROSCOE C. CLOCK, Respondent, v. ANNA HAMILTON CLOCK, Appellant.— Judg-
ment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin
and Burr, JJ.

BENJAMIN RECHSON, Respondent, v. MINNIE SHENK and Others, as Executors,
etc., of JOSEPH SHENK, Deceased, Appellants.— Judgment and order affirmed, with
costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ADELSON & WEINBERG DRESS CO., INC., Respondent, v. MORRIS FICHTELBERG
and Others, Copartners, etc., Appellants.— Judgment affirmed, with costs. No
opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE EQUITABLE OFFICE
BUILDING CORPORATION, Appellant, Respondent, v. JACOB A. CANTOR and Others,
as Commissioners of Taxes and Assessments of the City of New York, etc.,
Respondents, Appellants.— Order affirmed, without costs. No opinion. Present
— Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

MARIE D. YOUNG, Respondent, v. NEW YORK AND HARLEM RAILROAD COM-
PANY, Appellant.— Judgment affirmed, with costs. No opinion. Present —
Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

WALLACE D. EYRE, as Trustee, etc., Appellant, v. EDWARD G. MURRAY and
Another, Respondents.— Judgment affirmed, with costs. No opinion. Present —
Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

THE CITY OF NEW YORK, Appellant, v. JAMES NICKAS, Respondent.— Judgment